OLIVER J. TEEFT, Respondent, *v.* BUFFALO DRY DOCK COMPANY, Appellant.

*Teeft* v. *Buffalo Dry Dock Co.*, 147 App. Div. 918, affirmed.
(Argued February 5, 1913; decided February 25, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 27, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*Alfred L. Becker* and *Daniel E. Meegan* for appellant.

*W. J. Wetherbee* and *Hamilton Ward* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CUDDEBACK, HOGAN and MILLER, JJ.